

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Halile Kamari JOHNSON,<br><br>　　　　Defendant. | Magistrate Case No. '21 MJ04358<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8 U.S.C. Section 1324(a)(2)(B)(iii)-<br>Bringing in Unlawful Alien Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about November 7, 2021, within the Southern District of California, Defendant Halile Kamari JOHNSON, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, Gabriel AVENDANO-Torres, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 8th of November 2021.

_____
HON. DANIEL E. BUTCHER
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Gabriel AVENDANO-Torres is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On November 7, 2021, at approximately 4:13 P.M., Halile Kamari JOHNSON (Defendant), a United States Citizen, made application for admission into the United States from Mexico via the vehicle primary lanes at the San Ysidro, California Port of Entry, driving a 2004 Ford Mustang GT bearing California license plates. During pre-primary inspection, a United States Customs and Border Protection Anti-Terrorism-Contraband Enforcement Team (AT-CET) (CBP) Officer approached the Defendant. The Officer asked for his entry documents and the Defendant presented his California Identification card as his entry document and stated he was going to Otay Mesa with nothing to declare from Mexico. The AT-CET Officer asked Defendant if this was his vehicle and the Defendant stated he bought it a few days ago. The AT-CET Officer noticed Defendant was over talkative and avoiding eye contact. The AT-CET Officer lifted the rear back seat and discovered a human individual concealed within the rear seat compartment. The CBP Officer radioed for assistance and placed Defendant in restraints for officer safety. Defendant was escorted to security office for further inspection. The CBP Officer took custody of the vehicle and drove to secondary lot for further inspection.

In vehicle secondary lot, an assigned CBP Officer assisted one male out of the bolted down rear seat compartment of the vehicle. The male individual was found to be a citizen of Mexico without any documents that would permit him to enter or remain in the United States. The male individual was identified as Gabriel Avendano-Torres (Material Witness) and is being held as a Material Witness.

At approximately 7:36 P.M., Defendant was advised of his Miranda Rights and elected to give a statement without the benefit of counsel. Defendant admitted he agreed to drive a vehicle not registered to him into the United States in exchange for $2,000.00 US Dollars. Defendant stated he did not know what was concealed in the vehicle, he only agreed to take it to the McDonalds located in Las Americas, Camino De Las Plazas, San Ysidro, California.

During a videotaped interview, Material Witness admitted to being a citizen of Mexico with no documents to lawfully enter or reside in the United States.

Material Witness stated his family made all the arrangements. Material Witness stated he was to pay $19,000.00 US dollars to the smugglers. Material Witness stated he was traveling to Santa Rosa, California to live and seek unlawful employment.